Dec 18 19 06:15a        Glover                                          3054300730                    p.1

**NPAS, Inc.**
P.O. BOX 99400
LOUISVILLE, KY 40269

418432-916146557-CR

Services Provided by: **Aventura Hospital and Medical Center**

| Patient Name: | Carl Jr Glover |
|---|---|
| Account Number: | 38009097 |
| Service Date(s): | 04/07/2019 - 04/07/2019 |
| Statement Date: | 06/11/2019 |
| Placement Date: | 06/10/2019 |

007576

CARL GLOVER JR
19521 NW 18TH AVE
MIAMI GARDENS, FL 33056-2885

Contact Us
NPAS, Inc.
Toll Free 1-800-223-9899 Espanol: 1-800-681-9692
MON-FRI 8AM-9PM SAT 9AM-1PM CT

Please be prepared to provide the patient/responsible party full name, date of birth and mailing address. All calls may be recorded.

## PAYMENT REQUEST

| Total Payments | Current Balance | Payment Due By | Amount You Owe |
|---|---|---|---|
| $ 0.00 | $ 854.37 | 06/26/19 | $ 854.37 |

This account balance is your responsibility. Please send payment in full today. In the event you are unable to pay the balance in full, please contact us at 1-800-223-9899 to discuss options for resolving your account.

*Payment Options*

 **PAY ONLINE** at your provider's website:
www.aventurahospital.com/billpay

 **PAY BY PHONE** at no additional cost through our automated system during or after normal business hours. Toll Free 1-800-223-9899.

 **MAIL PAYMENT**: make payment out to the provider below and send with the attached coupon to the payment address specified below.

*****PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION*****
Please Detach and Return This Portion With Your Payment

Statement Date   06/11/2019

☐ If your address changed, check this box and complete form on back.

CARL GLOVER JR
19521 NW 18TH AVE
MIAMI GARDENS, FL 33056-2885

| Account Number | 38009097 |
|---|---|
| Payment Due Date | 06/26/19 |
| Balance Due | $ 854.37 |
| Payment Amount Enclosed | |

Please do not send cash. If paying by check or money order, please indicate account number and make payable to:
AVENTURA HOSPITAL AND MEDICAL CENTER.

**PLEASE DETACH THIS COUPON AND RETURN WITH PAYMENT TO ADDRESS BELOW:**

AVENTURA HOSPITAL AND MEDICAL CENTER
P.O. BOX 740743
CINCINNATI, OH 45274-0743

Credit Card Authorization (please check one)
☐  ☐ VISA  ☐ DISC_VER  ☐ AMEX

Credit Card Number _____  Exp. Date _____

Cardmember's Signature _____  $ Amount _____

GLOVER CARL    000038009097016430000000854376