UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-20042-KMM

CARL GLOVER,

    Plaintiff,

v.

NPAS, INC., and MIAMI BEACH HEALTHCARE GROUP, LTD d/b/a AVENTURA HOSPITAL AND MEDICAL CENTER,

    Defendants.

_____/

**DEFENDANT MIAMI BEACH HEALTHCARE GROUP, LTD. d/b/a AVENTURA HOSPITAL AND MEDICAL CENTER'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center ("Aventura"), in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, discloses the following:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

   Miami Beach Healthcare Group, Ltd. is a wholly owned subsidiary of Columbia Hospital Corporate of Miami Beach. No publicly traded company owns 10% or more of Defendant Miami Beach Healthcare Group, Ltd.'s stock.

   NPAS, Inc. (Defendant)

   Carlton Fields, P.A. (counsel for Defendants)

   Naomi M. Berry, Esquire (counsel for Defendants)

   Scott A. Richards, Esquire (counsel for Defendants)

120918881.1

      Carl Glover (Plaintiff)

      Jibrael S. Hindi, Esquire (counsel for Plaintiff)

      The Law Offices of Jibrael S. Hindi (counsel for Plaintiff)

      Thomas J. Patti, Esquire (counsel for Plaintiff)

      Paul A. Herman, Esquire (counsel for Plaintiff)

      Consumer Advocates Law Group, PLLC (counsel for Plaintiff)

      Joel A. Brown, Esquire (counsel for Plaintiff)

      Friedman & Brown, LLC (counsel for Plaintiff)

    A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: January 28, 2020                Respectfully submitted,

                                              */s/ Naomi M. Berry*
Naomi M. Berry (FBN 69916)
nberry@carltonfields.com
Carlton Fields, P.A.
100 SE Second St., Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050

and

Scott A. Richards (FBN 72657)
SRichards@carltonfields.com
Carlton Fields, P.A.
200 South Orange Avenue, Suite 1000
Orlando, FL 32801
Telephone: (407) 244-8226
*Counsel for Defendants*