UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-20042-KMM

CARL GLOVER,

    Plaintiff,

v.

NPAS, INC., and MIAMI BEACH HEALTHCARE
GROUP, LTD d/b/a AVENTURA HOSPITAL AND
MEDICAL CENTER,

    Defendants.

_____/

**DEFENDANT NPAS INC'S CERTIFICATE
OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant NPAS, Inc. ("NPAS"), in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, disclose the following:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

   NPAS, Inc. is a wholly owned subsidiary of National Patient Account Services, Inc. No publicly traded company owns 10% or more of Defendant NPAS, Inc.'s stock.

   Miami Beach Healthcare Group, Ltd. (Defendant)

   Carlton Fields, P.A. (counsel for Defendants)

   Naomi M. Berry, Esquire (counsel for Defendants)

   Scott A. Richards, Esquire (counsel for Defendants)

   Carl Glover (Plaintiff)

120918785.1

Jibrael S. Hindi, Esquire (counsel for Plaintiff)

The Law Offices of Jibrael S. Hindi (counsel for Plaintiff)

Thomas J. Patti, Esquire (counsel for Plaintiff)

Paul A. Herman, Esquire (counsel for Plaintiff)

Consumer Advocates Law Group, PLLC (counsel for Plaintiff)

Joel A. Brown, Esquire (counsel for Plaintiff)

Friedman & Brown, LLC (counsel for Plaintiff)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: January 28, 2020

Respectfully submitted,

*/s/ Naomi M. Berry*
Naomi M. Berry (FBN 69916)
nberry@carltonfields.com
Carlton Fields, P.A.
100 SE Second St., Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050

and

Scott A. Richards (FBN 72657)
SRichards@carltonfields.com
Carlton Fields, P.A.
200 South Orange Avenue, Suite 1000
Orlando, FL 32801
Telephone: (407) 244-8226
*Counsel for Defendants*