**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:20-cv-20042-KMM**

CARL GLOVER,

    Plaintiff,

v.

NPAS, INC., and MIAMI BEACH
HEALTHCARE GROUP, LTD
d/b/a AVENTURA HOSPITAL
AND MEDICAL CENTER,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiff CARL GLOVER ("Plaintiff") hereby advise this Court that Plaintiff and Defendants NPAS, INC., and MIAMI BEACH HEALTHCARE GROUP, LTD (collectively, the "Parties") have agreed upon the selection of **Steven Jaffe**, of Upchurch Watson White & Max, to mediate this matter. The Parties are conferring regarding the time and date for said mediation.

DATED: March 4, 2020

                                                Respectfully Submitted,

                                                /s/ Jibrael S. Hindi
                                                **JIBRAEL S. HINDI, ESQ.**
                                                Florida Bar No.: 118259
                                                E-mail:    jibrael@jibraellaw.com
                                                **THOMAS J. PATTI, ESQ.**
                                                Florida Bar No.: 118377
                                                E-mail:    tom@jibraellaw.com
                                                The Law Offices of Jibrael S. Hindi
                                                110 SE 6th Street, Suite 1744
                                                Fort Lauderdale, Florida 33301
                                                Phone:     954-907-1136
                                                Fax:          855-529-9540

                                                *COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 4, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259